UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 JAN -4 AM 9:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>Andrew James Hahn (1),<br><br>                  Defendant. | CASE NO. 09CR2142-W<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of the Information: <u>8:1324(a)(2)(B)(iii); 18:2</u>

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 01/03/11

Thomas J Whelan
UNITED STATES DISTRICT JUDGE